[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**

MARVIN D. WELLS

MAY 0 3 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

**17-cv-2167**

LOVELEEN AHUJA
BARRY HOREWITCH

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**   **AMENDED COMPLAINT**

☐ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

✓ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

☐ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: MARVIN D. WELLS

   B. List all aliases: _____

   C. Prisoner identification number: _____

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 089002

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: LOVELEEN AHUJA
      Title: Assistance of Counsel/Public Defender
      Place of Employment: Cook County Public Defender's Office

   B. Defendant: BARRY MOREWITCH
      Title: Public Defender/Assistance of Counsel
      Place of Employment: Cook County Public Defender's office

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On (6-23-16) Complainant was appointed "Zoveleen Ahuje", to represent me on a (possession) "Criminal Case." Which she provided (less) than a (half-hearted) defense (representing). Prior to my (arrest date 6-23-16) "Ignored and Denied" my request for (speedy trial) and (filing) (motions) to (quash my arrest) and (suppressing the evidence). The (speedy trial statue of limitations) would have well over (succeeded) the (limitation) dead-line. My (6th) Federal Constitutional Amendment was (violated) twice in (one) "setting." Speedy trial violation and depriving me of an (effective) of (assistance) of (counsel). Thats (guaranteed) by the (6th Amendment) I've (raised) my (hands) not (once) but (twice) on the (Cook County Circuit Court Records), announcing the "Honorable" Judge: Flood, that I was having a (conflict of interest) with my (assistance of counsel) failure to (file) any of my (pretrial suppression motions) There was an (non-search warrant) illegal search & seizure

4                                                                                                        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

upon this (POSSESSION CASE). (FILING) A (MOTION) TO (QUASH ARREST) AND (SUPPRESS THE EVIDENCE) WOULD HAVE BEEN MY (ASSISTANCE OF COUNSEL) BIGGEST, WISEST AND MOST (PROFESSIONAL) COURSE OF (ACTIONS) TO (FILE) THIS (QUASH ARREST (MOTION) FOR ILLEGAL SEARCH & SEIZURES, but my (COUNSEL) HAD OTHER (OPTIONS) THAT DIDN'T (CONCERN) THE (CLIENT). CONFLICTING INTEREST. COMPLAINANT RAISED HIS HANDS (NOV 2nd 2016) THEN AGAIN ON (DEC 5th 2016) BOTH TIMES ON THE CIRCUIT COURT RECORDS AS MY (PROOF) THAT I REQUESTED TO MY (ASSISTANCE OF COUNSEL) MY REQUEST" but was "REFUSED" AND DENIED MY (FEDERAL CONSTITUTIONAL RIGHTS SEVERAL TIMES ON THE CIRCUIT COURT "RECORDS." I RAISED MY HANDS (NOV 2nd 2016) THEN (DEC 5th) DEMANDING FOR MY COUNSEL TO (FILE) "PRETRIAL MOTIONS," THEN MY FOLLOWING COURT DAY (JAN 2016) MY (ASSISTANCE OF COUNSEL) CLOSE MY (DISCOVERY) AND (SET) A (DATE) FOR ME TO (START) TRIAL WITHOUT THE CHANCE OF (EVER) HEARING MY (PRETRIAL SUPPRESSION MOTIONS) DEPRIVING THE (COMPLAINANT) OUT OF MY (FAIR & SPEEDY TRIAL). VIOLATING MY (FEDERAL CONSTITUTION RIGHTS MORE). MY (ASSISTANCE) OF (COUNSEL) DISCOVERED I HAD ANOTHER CASE PENDING IN A DIFFERENT BRANCH, AND CAUSE MORE OF A CONFLICT OF (INTEREST) BY (TRANSFERRING) MY NEW CASE INTO THE SAME "COURT ROOM," ALLOWING THE (STATE) TO SWITCH PLACES WITH THE CASES AND PLEA-BARGAINING WITH A WINNING CASE. AND THIS COUNSEL HELD BACK "EXCUPTORY EVIDENCE," I WAS NEVER (INDICTED) ON THE NEW "CASE."

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

SO SHE WAS TAKING ME TO TRIAL ON A (CASE) THAT SHE KNEW THAT I WAS NOT INDICTED ON. ATTORNEY & CLIENT VIOLATION."

Revised 9/2007

Amending Complaint Form

(1). For "OVER" (9) NINE (MONTHS) my (Court Appointed) Assistance of (Counsel) HELD BACK (EXCULPATORY) EVIDENCE THATS (CRITICAL) IN (PROVAILING) on my (Case). I only found out Aproximately (6) MONTHS After my "Assistance" of "Counsel" Had Already Been (Appointed) I (Asked) my (Court Appointed) "Assistance" of "Counsel" What Evidence The (State) Had Against Me (Besides) Hear-Say (Evidence) She (Qouted) That The (Statement) of The (Police) Was (Significant) Enough. (NEVER) Did Mrs. Loveleen Ahuta, Shared with me That I Didnot (even) Have An (Indictment) on my (New) Delivery (Case), But She (Allowed) The (State) To (Elect) To (Try) Me on That (Case) First, And She (Knew) All The (While) Over (9) Months That I Didnot (Even) Have no (Indictment) upon That (Case) Violated The (Attorney & Client) Loyalty Rule." Out of (9) Months of pleading With my Court Appointed Assistane of Counsel To (File) Motions for me That I (Even) Drawn up for (Her) She still (Refused) And (Denied) (Filing) Any (Pretrial) (Suppression Motions) In my (Defense) but (Close) Discovery And Set A (Date) for me To (Start) (Trial) With The Possibility of (NEVER) Hearing (Any) of my Pretrial Suppression Motions. Denying me A (Fair And speedy) (Trial). This is not The Type of Assistance of Counsel The (6th) Amendment Guarantees The Accused. I (Filed) Motions Myself, And She Never Made A (Date) To Hear Them.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Subpoena my discovery for (proof) and transcripts of the stenographer's on (Nov 2nd 2016) and (Dec-5th 2016) when I raised my hands on the court records. Suspend Liseo or her so she don't continue to hurt other people and monetary damages because I could of been home if she would have file "motions." Punitive pages $40,000.00 and compensatory damages $40,000.00 a total of $80,000.00 Dollars plus Court cost $80,000.00, 40,000.00 punitive 40,000.00 compensatory damages

VI.  The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __10__ day of __April__, 20_17_

_____
(Signature of plaintiff or plaintiffs)

__Marvin D. Wells__
(Print name)

__20160525120__
(I.D. Number)

__P.O. Box 089002__
__Chgo IL 60608__
(Address)

# AMENDED COMPLAINT

(1) I MARVIN D. WELLS THE "COMPLAINTIFF," upon my following COURT DATE ON (3-21-17), MY EX-COURT "APPOINTED" "ASSISTENCE" of "COUNSEL" (LOVELEEN ANUJA) DISAPEARED off of my (CASES) from (REPRESENTING) ME." "SHE" was REPLACED by (BARRY HOREWITCH) from THE (SAME) "COOK COUNTY" PUBLIC "DEFENDER'S" (office). MR. HOREWITCH was (INFORMED) THAT my "EX-COUNSEL," HAD ME (SCHEDULED) TO GO TO (TRIAL), ON MY (DELIVERY) "CASE," THAT I "RECENTLY" "found" out THROUGH A COPY of MY (INDICTMENT) That I SENT FOR THROUGH THE COURT HOUSE CLERK of COURT, "THAT" "OUT of ALL THIS (TIME) MY EX-COUNSEL (MRS. LOVELEEN) KNEW AND (NEVER) "SHARED" WITH ME THAT I Was (NEVER INDICTED) ON MY (DELIVERY CASE), AND SHE KNEW THIS from MY (DISCOVERY), AND HAD ME (SCHEDULED) FOR (TRIAL) ANY "WAY," INSTEAD of (FILING) A (MOTION) TO (DISMISS) THAT (CASE), BECAUSE THE (STATUE) of (LIMITATION) HAD LONG (PAST) THE (EXPIRATION) "DATE."

(2) ON (3-21-17) I (UPDATED) MY (NEW) "COUNSEL" MR. HOREWITCH ON All of THIS (INFORMATION) AND (SENT) HIM A (LETTER) TO THE (PUBLIC DEFENDER'S office) IN THE (MONTH of MARCH) (2017) WHEN HE TOOK OVER MY (CASE), ALSO I (BROUGHT) (3-COPIES) of THIS (MOTION) THATS (ATTACHED) SEE MOTION for (PROOF) ATTACHED. MR. HOREWITCH ON (3-21-17) REQUESTED THAT I (PAST) MY (MOTIONS) TO (HIM) IN THE (COURT-ROOM), WHICH I did, but (MR. HOREWITCH DID NOT HAND THE (JUDGE, PROSECUTOR) THERE (COPIES) but PUT THEM IN HIS (BRIEF-CASE), AND ON THE NEXT COURT DAY (4-20-17) REQUESTED THAT I WITHDRAW All of MY (MOTIONS) IN FRONT of THE (JUDGE, PRO-

Amended Complaint

secution," stating that he had (talked) to the (complainant) about his (motions) then (requested) that I (withdraw) my (motions) even the (one) that had (no) "indictment." In order for Mr. Horewitch to (say) that he (talked) to the (complainant) about my (motions), could (only) mean that my (counsel) had to been (discussing) my (case) without the (consent) of his (client) which is "me", the (complainant) violating the (client) and (attorney) privilege (confidentiality). This is (definitely) not the (assistance) of (counsel) that's (guaranteed) by the (6th Amendment). Mr. Horewitch was (informed) that I had (no) indictment on the (delivery) case that I was (scheduled) to go to (trial) on, and he took (over) all of the (paper) work for my (discovery) and "police reports," meaning that he (also) had to of (known) that I have (no) (indictment) on my (delivery) case, and he's also working in the (interest) of the (prosecutor's) instead of my (defense). Trying to get me to (plea-bargain) on a (case) that he should of (filed) the (motion) I (gave) "him" to (dismiss) my (case) please if you can (help) me (seek) "justice." Mr. Horewitch also stated my (motions) had no (merits), Mr. Horewitch talked about my (motions) while on the (circuit court records) on (4-20-17) "April 20th 2017." It's a "clear" picture that Mr. Horewitch is also practicing evil (law practice). Violating "my (14th) Amendment," the "right" to be "(heard)."

5/16/16 CK

\*\* INFORMATION INDICTMENT RETURN SHEET \*\*

**CALL 1**

| CASE NO. | IR | DEFENDANT | NO. | ARRAIGNMENT DATE |
|---|---|---|---|---|
| 16CR-7432 | 660644 | Marvin Wells | 001 | 05/24/2016 |

GJ- 2009

FBI-529499AA2    SEX:Male    RACE:Black    DOB:08/12/1964
ISB-24153350     Add:1458 S. Canal St., Chicago, IL 60607
(Municipal-16-1107995)
CB-19288638      Arrest Agy:CHICAGO POLICE DEPARTMENT
RD/AR-HZ210014   Arrest Unit:District 11, Harrison
                 Arrest Date:04/01/2016

DL State: \*\*\*   DL#: \*\*\*
Hgt:507          Wgt:135
Hair:Gray or     Eyes:Brown
Partially Gray

True Bill                          05/10/2016
ASA: Lindsay A Ruedig

001 MFG/DEL 1<15 GR HEROIN/ANALOG
        720 ILCS 570/401(c)(1)
        0013009 Class: 1

\*\*\*

MR

[Stamp: 2016 MAY 13 PM 12:14 DOROTHY BROWN CLERK CRIMINAL DIVISION 26TH AND CALIFORNIA]

(EXIBIT A). oNly Endicted on "oNE" CASE." PossEssion "CASE!"

PRoof of "ENdictment."

*POSSESSION*
*16CR7432*

STATE OF ILLINOIS )
) SS.
COUNTY OF COOK )

The MAY 2016 Grand Jury of the
Circuit Court of Cook County,

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about April 01, 2016 at and within the County of Cook

Marvin Wells

committed the offense of    POSSESSION OF CONTROLLED SUBSTANCE WITH INTENT TO DELIVER

in that HE, UNLAWFULLY AND KNOWINGLY POSSESSED WITH INTENT TO DELIVER OTHERWISE THAN AS AUTHORIZED IN THE ILLINOIS CONTROLLED SUBSTANCES ACT OF SAID STATE OF ILLINOIS THEN IN FORCE AND EFFECT, 1 GRAM OR MORE BUT LESS THAN 15 GRAMS OF A SUBSTANCE CONTAINING A CERTAIN CONTROLLED SUBSTANCE, GREATER THAN 3 GRAMS NON-PROBATIONAL, TO WIT: HEROIN, OR ANALOG THEREOF

IN VIOLATION OF CHAPTER 720 ACT 570 SECTION 401(c)(1) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

COUNT NUMBER 1
CASE NUMBER 16CR-7432
CHARGE ID CODE: 0013009

*Anita Alvarez* (signature)

*Exibit (A). only Endicted on one "case." "possession case."*

*Proof of "Indictment."*

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 003

PEOPLE OF THE STATE OF ILLINOIS

                VS                NUMBER 16CR0743201

MARVIN      WELLS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
12/05/16 DEFENDANT IN CUSTODY
     FLOOD LAWRENCE EDWARD
12/05/16 CONTINUANCE BY AGREEMENT         01/03/17 1719
     FLOOD LAWRENCE EDWARD
01/03/17 DEFENDANT IN CUSTODY
     FLOOD LAWRENCE EDWARD
01/03/17 PRETRIAL MONITORING RPT FILED
     FLOOD LAWRENCE EDWARD
01/03/17 CONTINUANCE BY AGREEMENT         02/03/17 1719
     FLOOD LAWRENCE EDWARD
12/16/11 NOTICE OF MOTION/FILING           01/09/17 1719
    MOTION TO DISMISS FOR VIOLATION OF DUE PROCESS
01/09/17 CONTINUANCE BY ORDER OF COURT     02/03/17 1719
    ON CALL IN ERROR
     FLOOD LAWRENCE EDWARD
12/21/16 NOTICE OF MOTION/FILING           01/18/17 1719
    MOTION TO QUASH ARREST AND SUPPRESS EVIDENCE/MOTION TO DISMISS
01/18/17 DEFENDANT NOT IN COURT *was not Informed About court day*
     FLOOD LAWRENCE EDWARD
01/18/17 CONTINUANCE BY ORDER OF COURT     02/03/17 1719
     FLOOD LAWRENCE EDWARD
01/24/17 NOTICE OF MOTION/FILING           02/03/17 1719
    MOTION FOR A FAIR AND SPEEDY TRAIL/ MOTION FOR COUNSEL OTHER THAN THE PUB

*(EXIbiT)(B) Complaintiff (filed)"motions" "Not Attorney".*
*Counsel (Never)(set) a (hearing)(date).*

                            I hereby certify that the foregoing has
                            been entered of record on the above
                            captioned case.
                            Date 01/31/17

                            DOROTHY BROWN
                            CLERK OF THE CIRCUIT COURT OF COOK COUNTY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 002

PEOPLE OF THE STATE OF ILLINOIS

                    VS              NUMBER 16CR0946201

MARVIN     WELLS                                            526

          CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

  I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
09/08/16 DEFENDANT IN CUSTODY
     FLOOD LAWRENCE EDWARD
09/08/16 CONTINUANCE BY AGREEMENT                    10/13/16 1719
     FLOOD LAWRENCE EDWARD
10/13/16 DEFENDANT IN CUSTODY
     MALDONADO, ALFREDO
10/13/16 CONTINUANCE BY AGREEMENT                    11/02/16 1719
     MALDONADO, ALFREDO
11/02/16 DEFENDANT IN CUSTODY
     FLOOD LAWRENCE EDWARD
11/02/16 CONTINUANCE BY AGREEMENT                    12/05/16 1719
     FLOOD LAWRENCE EDWARD
12/05/16 DEFENDANT IN CUSTODY
     FLOOD LAWRENCE EDWARD
12/05/16 CONTINUANCE BY AGREEMENT                    01/03/17 1719
     FLOOD LAWRENCE EDWARD
01/03/17 DEFENDANT IN CUSTODY
     FLOOD LAWRENCE EDWARD
01/03/17 CONTINUANCE BY AGREEMENT                    02/03/17 1719
     FLOOD LAWRENCE EDWARD
12/21/16 NOTICE OF MOTION/FILING                     01/18/17 1719
     MOTION TO QUASH ARREST AND SUPPRESS EVIDENCE/MOTION TO DISMISS
01/18/17 DEFENDANT NOT IN COURT *was not informed of court day*
     FLOOD LAWRENCE EDWARD
01/18/17 CONTINUANCE BY ORDER OF COURT                02/03/17 1719
     FLOOD LAWRENCE EDWARD
01/24/17 NOTICE OF MOTION/FILING                     02/03/17 1719
     MOTION FOR A FAIR AAND SPEEDY TRAIL/MOTION FOR COUNSEL OTHER THAN THE PUB

*Exibit (B) Compleintiff (filed) motions / not "Attorney" Counsel (never) set a hearing "date"*

                    I hereby certify that the foregoing has
                    been entered of record on the above
                    captioned case.
                    Date 01/31/17

                              _____
                              DOROTHY BROWN
                              CLERK OF THE CIRCUIT COURT OF COOK COUNTY

STATE of ILLINOIS )
COUNTY of COOK ) IN THE CIRCUIT COURT of Cook County Illinois
CRIMINAL DIVISION

PEOPLE of THE STATE of ILLINOIS ) PRESIDING JUDE: LAWRENCE Flood
COMPLAINTIFF, ) COURT ROOM NO: 506
V. ) CASE NO: 16CR9462
DEFENDANT, MARVIN D. WELLS ) CHARGE: DELIVERY

FILED APR 10 2017 DOROTHY BROWN CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL

MOTION TO DISMISS WITH PREJUDICE
EXIBIT (C) → Filed By ComplainTiff

Now comes the Defendant MARVIN D. WELLS, moves This Honorable Court to "Dismiss" his "Indictment", from the Introduction into "Evidence" The "Direct" and "Indirect" Product of "said Arrest. In pursuant To: subdivision (d)(2) of This Section (720 ILCS 5/3-5) Statue of "Limitation" expired."

(1). If an "Information" or "Indictment" is "Dismissed" on a "Determination" That the "Statue" of "Limitation" has "Expired", The "State's" "Sole" "Recourse" is an "Appeal" from The "Dismissal", "Reindictment" is "Not" possible, Absent a "Reversal" on "Appeal". People v. Cray, 209 Il. App. 3d 60, 153 Il. Dec. 640, 567 N.E. 2d 598, 1991 Il. App. Lexis 147 (Il. App. Ct. 4TH Dist. 1991).

(2). "Defendant's" Contention That "Reindictment" pursuant To "Subsection" (E) of This Section was barred where "Dismissal" of The "Original" Charge "Came more Than (60) Days After "Defendant's" Arrest was "Rejected", because such an "Interpretation" would render The "State's" "Right" To Bring a "New Charge" meaningless. (People v. Bartee, 177 Il. App. 3d 937, 127 Il. 168, 532 N.E. 2d 997, 1988 Il. App. Lexis 1825 (Il. App. Ct. 2d Dist. 1988).

Motion That MR. "Horewitch" said To Dismiss Because it had (NO)(MERITS)

## MOTION TO DISMISS

(3) "Defendant" has been "detained" over (7) "months" prior to his "arrest," and has "not" been "indicted." The "offense" is "beyond" the "statue" of "limitations," failure to indict "defendant" within (30) "days" prior to his "arrest." Failure to "timely" charge defendant as "required" by chapter (725 ILCS 5/109-3.1). (People v. Heinmann, 232 Il. App 3d 557, 597).

(4) The "statue" of "limitations" is a "defendant's" "chief" "safe-guards," against "prejudicial" delay between the "offense" and the "arrest" or "charge." (People v. Peebles, 114 Il App.3d 684.

(5) If a "criminal" complaint" alleges that an "offense" occurred on an "impossible" "date," or a "date" beyond the "statue of limitations" the "complaint" is "defective." (People v. Steinmann, 57 Il App 887, 15 Il Dec 411, 373 NE 2d 757 (5th Dist 1978).

(6) If the "period" has "passed," and the "right" to "discharge" is "vested," "ex post" "facto" "laws" (has been violated). When "extending" the "period" of "statue of limitations." (Sepmeyer v. Holman, 162 Il. 2d 249, 205 Il Dec 125).

(7) A "defendant" shall not be "held" in "jail" or "bail" during the "state" "appeal." (Rule 315(a). Il. Sup. Ct., R 604 (2017).

"Defendant" "hopes" and "prays" that this "honorable" "court" has "viewed" the "above" "facts" and "dismiss" the "defendant" indictment charge."

Sworn to me on this day 14, 3, 2017 Respectfully submitted

K Sankey
OFFICIAL SEAL
K SANKEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/02/20
3/14/17

Marvin Wells

Notary Public

To: Clerk of Court
U.S. District Court
CHG IL, 60604

FROM: MARVIN WEBB, P.O. BOX 089002 CHG. I 60608






FIRST-CLASS MAIL
neopost
04/04/2017
US POSTAGE $001.40
ZIP 60604
041M112/0962

05/03/2017-12

2017 MAY -3 AM 11:46
CLERK
US DISTRICT COURT