**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Marvin D. Wells (#2016-0525120),

Plaintiff(s),

v.

Loveleen Ahuja et al.,

Defendant(s).

Case No.  17 C 2167
Judge Amy J. St. Eve

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

       which ☐ includes        pre–judgment interest.
            ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: Plaintiff's amended complaint and this case are dismissed with prejudice for filing to state a claim upon which this Court can grant relief. The dismissal counts as one of Plaintiff's three allotted dismissals under 28 U.S.C. § 1915(g).

---

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Amy J. St. Eve on a motion

Date:  5/22/2017                Thomas G. Bruton, Clerk of Court

                                       Katie Franc , Deputy Clerk